Certificate Number: 05781-NYE-DE-041173298

Bankruptcy Case Number: 26-42922



05781-NYE-DE-041173298

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 5, 2026, at 5:55 o'clock PM PDT, Eileen Santoago completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Eastern District of New York.

Date:    July 6, 2026                          By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President